# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-mj-01268 | Date | March 7, 2024 |
| Title | United States v. Rudy Manuel Aguirre | | |

| Present: The Honorable | Stephanie S. Christensen, United States Magistrate Judge |
|---|---|
| Teagan Snyder | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Government: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:**   ORDER OF DETENTION

Defendant appeared on a warrant issued on a petition alleging violation(s) of the terms of pretrial release set in the District of New Mexico.

The Court finds pursuant to Rule 40 of the Federal Rules of Criminal Procedure that modification of the conditions previously set is appropriate and that no condition or combination of conditions will reasonably assure:

☒ the appearance of the defendant as required (as proven by a preponderance of the evidence).

☒ the safety of any person or the community (as proven by clear and convincing evidence).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:24-mj-01268 | Date | March 7, 2024 |
|---|---|---|---|
| Title | United States v. Rudy Manuel Aguirre | | |

The Court bases its findings (in addition to any made on the record at the hearing) on the following:

☒ Nature and circumstances of allegations
☒ Weight of known evidence against defendant
☒ Lack of bail resources or financially responsible sureties
☒ No stable residence, employment, or community ties
☐ Ties to foreign countries
☐ Substance abuse
☒ Nature of previous criminal convictions
☒ Previous failure to appear or violations of probation, parole, or release
☐ Already in custody on state or federal offense
☐ Refusal to interview with Pretrial Services or verify information
☐ Unrebutted presumption [18 U.S.C. § 3142(e)(2-3)]
☒ Other: Outstanding warrant is for vehicle code violation(s) issued on July 19, 2021.

☒ Defendant did not oppose the detention request.

IT IS THEREFORE ORDERED that defendant is remanded to the custody of the Attorney General pending further proceedings in this matter and is to be transported to the District of New Mexico for those proceedings. 18 U.S.C. § 3148.